UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZONOBIA LOVE, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>LADDER FINANCIAL, INC.,<br><br>    Defendant. | 23-cv-04234-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order dismissing this case. *See* Dkt. No. 78. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 1, 2024

VINCE CHHABRIA
United States District Judge